FILED

07/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0075

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0075

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ANTHONY WEIMER,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 9, 2021, within which to prepare, serve, and file the State's response.

TKP

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 12 2021